## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Marvin L. Christy, Jr.　　　　　　BK NO. 25-03430 HWV
　　　　　　Debtor(s)

Chapter 7

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　/s/ *Matthew Fissel*
　　　　　　　　　　Matthew Fissel
　　　　　　　　　　09 Jan 2026, 10:21:03, EST


　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　215-627-1322